**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Donnita Nicole Barsh and Michael Adrian Barsh Sr<br>Debtor | Case No.: 26−32003<br><br>Chapter: 7 |

**NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: 10/7/26

Nathan Ochsner
Clerk of Court